AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Middle District of Alabama

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| PABLO ANTONIO GASTELUM | ) | (WO) |
| | ) | Case No.  2:20cr96-WKW-01 |
| | ) | USM No. 29052-064 |
| | ) | Angela D. Smith |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☐  admitted guilt to violation of condition(s) _____ of the term of supervision.

☐  was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

**\*\*\*The Defendant plead nolo contendere as to violations 1, 2 and 3 of the Petition\*\*\***

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant committed another federal, state or local crime | 07/09/2020 |
| 2 | Defendant committed another federal, state or local crime | 07/09/2020 |
| 3 | Defendant unlawfully possess a controlled substance | 07/09/2020 |

The defendant is sentenced as provided in pages 2 through __1__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  __0840__

Defendant's Year of Birth:  __1992__

City and State of Defendant's Residence:
Titus, AL

__10/29/2020__
Date of Imposition of Judgment

__/s/ W. Keith Watkins__
Signature of Judge

W. KEITH WATKINS, U.S. District Judge
Name and Title of Judge

__11/04/2020__
Date

AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

DEFENDANT: PABLO ANTONIO GASTELUM
CASE NUMBER: 2:20cr96-WKW-01

Judgment — Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

Eight (8) Months. This term shall run concurrently to any anticipated state term of imprisonment resulting from another offense that is relevant conduct to the instant offenses of conviction. TERM of Supervised Release imposed on June 27, 2018 is REVOKED. (NO SUPERVISED RELEASE TO FOLLOW)

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____.
  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☒ before 2 p.m. on  11/10/2020 .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL